UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TERRIS HANKS,


                                         Petitioner,

                                                              DECISION AND ORDER

                                                              04-CV-6215L

                    v.

EKPE D. EKPE,


                                         Respondent.

_____


        Petitioner, Terris Hanks ("Hanks"), filed a petition for habeas corpus relief pursuant to 28

U.S.C. § 2254 challenging his conviction in Livingston County Court of promoting prison

contraband.  Hanks has now been released to parole supervision on that conviction.

        This Court referred the petition to United States Magistrate Judge Victor E. Bianchini

pursuant to 28 U.S.C. § 636(b).  Magistrate Judge Bianchini issued a thorough 15 page Report and

Recommendation recommending that the petition be dismissed.  Petitioner was notified of his right

to file objections to the Report, but no objections have been filed.

        Magistrate Judge Bianchini determined that the petition was untimely and not filed within

one-year statute of limitations provided by the Anti-terrorism and Effective Death Penalty Act

("AEDPA").  28 U.S.C. § 2244(d)(1).  Magistrate Judge Bianchini thoroughly considered the

limitations issue and whether there were facts to support any equitable tolling that might extend the

limitation period.  I agree with Magistrate Judge Bianchini's analysis and agree with his conclusion

that the petition is untimely and there is no basis whatsoever for any equitable tolling.


CONCLUSION

I accept and adopt the Report and Recommendation (Dkt. # 17) of United States Magistrate

Judge Victor E. Bianchini in all respects.  The petition for a writ of habeas corpus is dismissed with

prejudice.

I decline to issue a certificate of appealability because Hanks has failed to make a substantial

showing of the denial of a constitutional right.  28 U.S.C. § 2253(c).

IT IS SO ORDERED.


_____
DAVID G. LARIMER
United States District Judge


Dated: Rochester, New York
       October 19, 2007.